UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-2374
_____

LUCIO ARRIAGA-HERNANDEZ,
Petitioner

v.

ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA,
_____

ON PETITION FOR REVIEW FROM REINSTATEMENT
OF A PRIOR ORDER OF REMOVAL
(Agency No. A098-007-534)
_____
Before: McKEE, AMBRO, and ROTH, *Circuit Judges*.


_____

ORDER
_____


At the direction of the Court, the opinion and judgment entered September 21, 2017 are hereby vacated and an amended opinion and judgment will be issued.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: November 14, 2017